# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                    NO. 4:09CR00086-006 SWW

ALBERTO GUTIERREZ GALVAN

### ORDER

Pending before the Court is government's motion to correct superseding indictment and for dismissal of the indictment against defendant, ALBERTO GUTIERREZ GALVAN, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS ORDERED that the government's motion [doc #142] to amend and dismiss defendant be ***granted***.  The Clerk is directed to amend the name of the defendant to read "***HUMBERTO GONZALEZ MARTINEZ aka ALBERTO GUTIERREZ GALVAN***" and following this correction, the superseding indictment as to defendant ***HUMBERTO GONZALEZ MARTINEZ aka ALBERTO GUTIERREZ GALVAN*** be ***dismissed without prejudice***.

DATED this 12th day of November 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE